IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK ANTONIO WILLIAMS                                                      PETITIONER
ADC #141529

v.                    Case No. 5:15-cv-00247-SWW-JTK

WENDY KELLEY, Director,                                                    RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received proposed findings and recommendations [doc.#3] from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections [doc.#'s 4, 6] thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

SO ORDERED this 21st day of August 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE