IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


MARK ANTONIO WILLIAMS                                           PETITIONER
ADC #141529

v.                              Case No. 5:15-cv-00247-SWW-JTK

WENDY KELLEY, Director,                                         RESPONDENT
Arkansas Department of Corrections



## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED,

ORDERED and ADJUDGED that petitioner's petition for writ of habeas corpus is

DISMISSED without prejudice.


SO ADJUDGED this 21st day of August 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE