IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK ANTONIO WILLIAMS                                                                PETITIONER
ADC #141529

v.                       Case No. 5:15-cv-00247-SWW-JTK

WENDY KELLEY, Director,                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

By order and judgment entered August 21, 2015 [doc.#'s 7, 8], the Court adopted proposed findings and recommendations [doc.#3] from United States Magistrate Judge Jerome T. Kearney dismissing without prejudice Petitioner Mark Antonio Williams's petition for writ of habeas corpus. In so ruling, the Court noted that it considered petitioner's objections [doc.#'s 4, 6] to the Magistrate Judge's findings and recommendations and that it made a *de novo* review of the record.

On August 27, 2015, petitioner filed another set of objections [doc.#'s 9, 10] to the proposed findings and recommendations. The Court has considered petitioner's latest set of objections (that are in large part the same as his previous objections) and finds no basis for reconsidering its order and judgment dismissing without prejudice petitioner's petition for writ of habeas corpus.

IT IS SO ORDERED this 28th day of August 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE